WILLIAM ADAMS DELANO and Another, Doing Business under the Firm Name of DELANO & ALDRICH, Respondents, v. ADELE STURGIS CLARK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

CARL F. GRIESHABER, Respondent, v. ADELE STURGIS CLARK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

JOE LOWE Co., INC., Respondent, v. FRANK R. CLARKE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOPHIE ROSENTHAL and Another, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

LOUISE CURTIS SMITH, Respondent, v. WILLIAM EDGAR SMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

CORNELIUS FLYNN, Appellant, v. PANAMA RAILROAD COMPANY, Respondent.— Determination of the Appellate Term and judgment of the Municipal Court reversed and new trial ordered, with costs in all courts to the appellant to abide the event, on the authority of Lynott v. Great Lakes Transit Corp. (202 App. Div. 613; affd., 234 N. Y. 626); Tammis v. Panama R. R. Co. (202 App. Div. 226). Present — Clarke, P. .J., Smith, Merrell, Finch and McAvoy, JJ.

MARY KNICE, Appellant, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

BESSIE H. GORMAN, Respondent, v. TERMINAL AND TOWN TAXI CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.